ORDER:
Motion granted without opposition.

*E. Clifton Knowles*

U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| AUTUMN CHASE HOMEOWNERS ASSOCIATION, | |
| Plaintiff, | |
| v. | Civil Action No. 3:13-cv-0595 |
| QBE INSURANCE CORPORATION, | JURY DEMANDED |
| Defendant. | |

**MOTION FOR LEAVE
TO FILE FIRST AMENDED COMPLAINT**

COMES NOW the Plaintiff, Autumn Chase Homeowners Association, by and through counsel, pursuant to Rules 15 and 16 of the Federal Rules of Civil Procedure, and moves this Court to amend its Counterclaim to add a claim for statutory bad faith pursuant to Tenn. Code Ann. § 56-7-105. At the same time, Plaintiff will be withdrawing its claim for common law bad faith. In support of this Motion, Plaintiff has contemporaneously filed a Memorandum in Support thereof. A proposed copy of Plaintiff's First Amended Complaint is attached hereto as **Exhibit A**. The deadline for amending pleadings in this matter is November 1, 2013. Thus, this Motion is timely.