IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| AUTUMN CHASE HOMEOWNERS ASSOCIATION | ) ) ) |
| v. | ) Case No. 3:13-0595 ) JUDGE SHARP ) |
| QBE INSURANCE CORPORATION | ) ) ) |

**O R D E R**

Pursuant to the Stipulation of Voluntary Dismissal with Prejudice (Docket No. 17) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE